1  Name: Ansel Orozco
2  Address: 11365 Genova Rd
3  Rancho Cucamonga CA, 91701
4  Phone: 424-392-0001
5  Plaintiff In Pro Per

FILED
2018 AUG 24  AM 11:18
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY ___(AW)___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ansel Orozco,

PLAINTIFF,

vs.

Medical

DEFENDANT(S).

Case No. EDCV18-01779 ~~JGB~~ (SHKx) SJO
(To be supplied by the Clerk)

~~COMPLAINT FOR:~~
Notice of Removal

Jury Trial Demanded

## I. JURISDICTION

1. This Court has jurisdiction under _____

Pro Se Clinic Form                    Page Number

```
                COUNTY OF SAN BERNARDINO SUPERIOR COURT
                       San Bernardino Justice Center
                           247 WEST THIRD STREET
                        San Bernardino, CA  92415-0210
```

```
                                              **NOTICE**
                                              CASE NO: CIVDS1814983
```

ANGEL OSORNIO
11365 GENOVA ROAD
RANCHO CUCAMONGA CA 91701

TITLE OF CASE: ANGEL OSORNIO -V- MEDI-CAL

CORRECTED CASE NAME}
PLEASE BE ADVISED THAT THE CASE NAME HAS BEEN CORRECTED TO SHOW AS
FOLLOWS: ANGEL OSORNIO -V- MEDI-CAL. THANK YOU.


DATE: 06/20/18    Nancy Eberhardt, Court Executive Officer
                                                BY: ASHLEY MULCAHY
---------------------------------------------------------------------
---------------------------------------------------------------------

                       CERTIFICATE OF SERVICE BY MAIL

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this action
and on the date and place shown below, I served a copy of the above
listed notice by:
( ) Enclosed in an envelope mailed to the interested party address
    above, for collection and mailing this date, following ordinary
    business practice.
(✓) Enclosed in a sealed envelope, first class postage prepaid in the
    U.S. mail at the location shown above, mailed to the interested
    party and addressed as shown above, or as shown on the attached
    listing.

Executed on 06/20/18, at San Bernardino, California.

                                           By: ASHLEY MULCAHY
                                           _____
                                                  Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

San Bernardino District - Civil
247 West Third Street

San Bernardino, CA. 924150210
--------------------------------------------------------------------
--------------------------------------------------------------------
                                        CASE NO: CIVDS1814983
   ANGEL OSORNIO
   11365 GENOVA ROAD
   RANCHO CUCAMONGA CA 91701
                            NOTICE OF TRIAL SETTING CONFERENCE


IN RE: OSORNIO -V- MEDI-CAL

THIS CASE HAS BEEN ASSIGNED TO: GILBERT  OCHOA IN DEPARTMENT S33
FOR ALL PURPOSES.

Notice is hereby given that the above-entitled case has been set for
Trial Setting Conference at the court located at 247 WEST THIRD STREET
SAN BERNARDINO, CA  92415-0210.

        HEARING DATE: 12/17/18 at  8:30 in Dept. S33


DATE: 06/18/18  Nancy Eberhardt, Court Executive Officer
                                              By: SARA PUGH
--------------------------------------------------------------------
--------------------------------------------------------------------
                        CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice:
( ) Enclosed in a sealed envelope mailed to the interested party
addressed above, for collection and mailing this date, following
standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
(X) A copy of this notice was given to the filing party at the counter
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

Date of Mailing: 06/18/18
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 06/18/18 at San Bernardino, CA

                                        BY: SARA PUGH

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):** Medical

**YOU ARE BEING SUED BY PLAINTIFF:** Angel Osornio
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JUN 18 2018

BY _Sara Pugh_
SARA PUGH, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Superior Court of California
*(El nombre y dirección de la corte es):* County of San Bernardino
San Bernardino District-Civil Division
247 West Third Street
San Bernardino, CA 92415-0210

**CASE NUMBER:** CIVDS1814983

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Angel Osornio  11365 Genova Road  Rancho Cucamonga  424-392-0001  loveangelosornio@gmail.com

**DATE:** 04/15/18 *(Fecha)*    JUN 18 2018   Clerk, by _Sara Pugh_, Deputy *(Secretario)* *(Adjunto)*
Sara Pugh

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL - Superior Court of California, County of San Bernardino]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

San Bernardino District - Civil
247 West Third Street

San Bernardino, CA. 924150210
------------------------------------------------------------
------------------------------------------------------------
CASE NO: CIVDS1814983

ANGEL OSORNIO
11365 GENOVA ROAD
RANCHO CUCAMONGA CA 91701

NOTICE OF TRIAL SETTING CONFERENCE


IN RE: OSORNIO -V- MEDI-CAL

THIS CASE HAS BEEN ASSIGNED TO: GILBERT OCHOA IN DEPARTMENT S33
FOR ALL PURPOSES.

Notice is hereby given that the above-entitled case has been set for
Trial Setting Conference at the court located at 247 WEST THIRD STREET
SAN BERNARDINO, CA  92415-0210.

    HEARING DATE: 12/17/18 at  8:30 in Dept. S33


DATE: 06/18/18  Nancy Eberhardt, Court Executive Officer
                                              By: SARA PUGH
------------------------------------------------------------
------------------------------------------------------------
CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice:
( ) Enclosed in a sealed envelope mailed to the interested party
addressed above, for collection and mailing this date, following
standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
(X) A copy of this notice was given to the filing party at the counter
(X) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

Date of Mailing: 06/18/18
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 06/18/18 at San Bernardino, CA

                              BY: SARA PUGH

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, Bar number, and address):
Angel Osornio
11365 Genova Road, Rancho Cucamonga CA 91701
TELEPHONE NO.: 424-392-0601   FAX NO.: Email loveangelosornio@gmail.com
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Superior Court of California
STREET ADDRESS: County of San Bernardino
MAILING ADDRESS: San Bernardino District-Civil Division
CITY AND ZIP CODE: 247 West Third Street
BRANCH NAME: San Bernardino, CA 92415-0210

**FOR COURT USE ONLY**
FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT
JUN 18 2018
BY _Sara Pugh_
SARA PUGH, DEPUTY

CASE NAME: Angel Osornio V Medical

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: CIVDS1814983 |
|---|---|---|
| ☒ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☒ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☒ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify): 1
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: June 15 2018     Angel Osornio
(TYPE OR PRINT NAME)     (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

Angel Osornio

vs.

Medical

CASE NO.: CIVDS1814983

**CERTIFICATE OF ASSIGNMENT**

---

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

---

The undersigned declares that the above-entitled matter is filed for proceedings in the _____ District of the Superior Court under Rule 404 of this court for the checked reason:

☐ General     ☐ Collection

| | **Nature of Action** | **Ground** |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☑ | 3. Contract | Performance in the district is expressly provided for. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☐ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within the district or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other _____ | _____ |
| ☐ | 21. THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT | |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

Angel Osornio                    11305 Genova Roa(d)
**NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR**      **ADDRESS**

Rancho Cucamonga          CA          91701
**CITY**                              **STATE**      **ZIP CODE**

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on _____ at _____, California

_____
Signature of Attorney/Party

**CERTIFICATE OF ASSIGNMENT**

13-16503-360, Rev 06-2014

Angel Osornio
11365 Genova Road
Rancho Cucamonga CA 9170
424-392-0001   loveangelosornio@gmail.com

Attorney(s) for

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JUN 18 2018

BY Sara Pugh
SARA PUGH, DEPUTY

COURT OF CALIFORNIA, COUNTY OF

No. CIVDS1814983

Plaintiff(s) Angel Osornio

vs.

Defendant(s) Medical

Complaint Negligence

To Whom this may concern: My name is Angel Osornio. I am making this complaint against medical under code 1320 a-2 Effect of Failure to carry out State plan. I would like to sug this plan does not back what they say. This is a public heath and welfare problem. Under code 1395 sss under Public Health and welfare there is supposed to be Quality and other reporting requirments. It is obvious that the medical

①

industries have lost the value of what Quality care is all about. There about Quanity! You can have the Quanity with the right Quality. It seems to me that you as medical have lost your protocol in care. Since 2011 I have been suffering from migraines, Headaches, vertigo, neck, upper and lower back pain, knee and hip pain! I started medical in December of 2017 and I have to say some of the Dr's that represent this insurance don't do the best job! If someone is in Extreme pain it's the law that they help look and find a solution for the patient. In December of 2017 I went to see Dr. Sermotino who is in the nuero Department at Cedars Sinai. I told him all the symtoms I was having and he said he usually does not do this, but he would order a MRI from head to toe to see and make sure to see whats going on. When I went to go

②

get my MRI they only did MRI of my cervical? Thats not what was supposed to be ordered? It was supposed to be MRI from Head to toe! That same day I was supposed to see Dr. Samantino? I saw Dr. Daryl who was not even a M.D.? She was a resident! I suggest She stay a resident until she can properly read images! She wasen't very professional she didn't even bring my images in the room? She said everything was fine when it wasen't? I saw Ellen at Saban clinic on Beverly Drive the following day and she told me she saw a report of MRI of cervical and it read that I have a mild stenosis on my C5 C6? Dr Daryl said everything was fine? Ask Ellen! Ellen then ordered some specialty referals for nuero, orthopedics, cardio & Physical therapy. I also saw Dr. Lu and Konrad in the Nuero Department before ellen ordered those other referals and those two are a bunch of idiots. They did nothing! They need

③

to go back to school! Ellen ordered some xrays for me to go to Beverly Hills Tower for some more images! After that appointment I was told I had what was called scoleosus, Lordosus, Levisulus, Mynowal disorder? Do you think these Neuro Dr's could of made sure they ordered the MRI from Head to toe? Each time I go I'm finding out more and more information. It should not take this long to get the answers you need as a patient! I went to Dr. Iskander who is a Neuro Dr and he ordered MRI of full Head and Back? He did not put proper notes for Inglewood imaging center when they were submitting the MRI to medical so Inglewood imaging center told me that medical denied that. When I spoke to medical they told me they never denied the request? They said the person did not take the

④

email that was sent? It seems to me that people are putting the blame game on. I would like to say I think your referral process is a shitty process! If a dr request something there should not be a waiting period. The patient should the services they need when requested. That is negligent on medicals part! I never got the MRI because I guess when you move countys your insurance changes if your in the San Bernadino county? So I am now at a Dr's office going through the referral process? This is code 15.18 proposition 51 a misrepresentation of medical. Code 15.18B injury aggravated by medical practice. Code 15.41 medical malpractice. Code 9.11 Duty to inform patient, code 9.12 risk of non-treatment, liability code 9.57. Code 9.60 hospitals respondent superior liability. Code 9.61 Diligence in attending patient or in calling in physician. Code

⑤

9.62 Duty to provide emergency service and care or survival services. Code 9.64 other Injuries, Results or treatments. Code 9.69 Absence of Dr-Patient relationship. Code 9.74 Actions against hospitals and others. Code 9.17 Abandonment of Patient. Code 9.18 Breach. Code 9.19 fraud, misrepresentation. Code 9.20 Inflicting Emotional Distress. Code 9.21 Invading Patient privacy Rights. Code 9.22 Iniuries in Reproductive Situations. Code 13 Damages. Code 1.4 Special General.

I also had an Emergency visit in Apple Valley and it was a horrible experience and a dirty experience with Casey Yin. She gave me a medication for Vertigo? I do have vertigo but she should of did MRI. Again these practices and facilities do not properly do exams. I was at the emergency room because I was exposed to SLS at my mothers house. There

6

was a hole in the closet in my room from the dryer in the garage. I called the gas company and they mentioned there was a pin-hole leak. I was breathing the gas in for four Days! My Experience with the providers that I mentioned in this letter has not been the absolute best! I am suing for One Hundred million Dollars because one a legal duty of care was to be expected. Two they were carelessness and they acted unreasonably. Three there was causation in there carelessness and it directly caused me harm. four Damages because they did not do a proper Exam. I sure hope this is a lesson for medical and you treat others how you

(7)

want to be treated. I would like this to remain confidential and nobody is allowed to sue medical except for me angel Osornio or sue any fictitious businesses with medical or make any legal decisions except for me Angel Osorno.

Thank you

Angel Osorno

June 15 2018

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

Angel Osornio

vs.

Medical

CASE NO.: CIVDS1814983

CERTIFICATE OF ASSIGNMENT

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the _____ District of the Superior Court under Rule 404 of this court for the checked reason:
☐ General   ☐ Collection

| | Nature of Action | Ground |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☒ | 3. Contract | Performance in the district is expressly provided for. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☐ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within the district or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other | |
| ☐ | 21. THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT | |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

Angel Osornio    11305 Genova Road
NAME - INDICATE TITLE OR OTHER QUALIFYING FACTOR    ADDRESS

Rancho Cucamonga    CA    91701
CITY    STATE    ZIP CODE

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on _____ at _____, California

_____
Signature of Attorney/Party

CERTIFICATE OF ASSIGNMENT

13-16503-360, Rev 06-2014